FILE COPY

RE: Case No. 14-0377                    DATE: 5/1/2015
    COA #: 13-12-00224-CV    TC#: 2009-12-6632-1
STYLE: CITY OF BROWNSVILLE, TEXAS
    v. MARCO LONGORIA AND THE BROWNSVILLE FIRE FIGHTERS'
    ASSOCIATION

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401